UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FORWARD FINANCING LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES SMALL BUSINESS ) <br> ADMINISTRATION, ) <br> ISABELLA CASILLAS GUZMAN, ) <br> *in her official capacity as Administrator of the* ) <br> *Small Business Administration,* ) <br> JANET YELLEN, *in her official capacity* ) <br> *as United States Secretary of Treasury* and ) <br> the UNITED STATES OF AMERICA, ) <br> Defendant. ) | CIVIL ACTION NO. <br> 24-11689-BEM |

**FINAL JUDGMENT**

MURPHY, D.J.

In accordance with this Court's Order (ECF #52) issued on November 20, 2025, granting the Defendants' Motion for Summary Judgment, it is hereby ORDERED:

Judgment for the Defendants against the Plaintiff.

BY THE COURT,

DATED:  November 20, 2025

*/s/ Barbara I. Beatty*
Deputy Clerk